IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES L. DALLE, et al., ) | |
|     Plaintiffs, ) | |
| v. ) | No. 3:05-CV-482 |
| ) | (Phillips) |
| AURORA LIGHTING, INC., ) | |
|     Defendant ) | |

## ORDER

The court held a scheduling conference on June 26, 2006. The court noted and the parties agreed that this action and Civil Case No. 3:05-cv-483 involve common questions of law and fact and should therefore be consolidated.

Accordingly, Civil Case No. 3:05-cv-483 will be **CONSOLIDATED** with Civil Case No. 3:05-cv-482 as the lead case. The parties are hereby **ORDERED** to make all filings in Civil Case No. 3:05-cv-482.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge